

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-88,232-02

### EX PARTE WARMINSKI BRONER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 24510-02-D IN THE 320TH DISTRICT COURT
### FROM POTTER COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault and sentenced to life imprisonment.

On July 25, 2018, this Court remanded this application to the trial court for findings of fact and conclusions of law. On November 27, 2018, the trial court made findings of fact and conclusions of law that were based on affidavits and supporting documents obtained from the Texas Department of Criminal Justice, Parole Division and Classification and Records Department. The trial court recommended that relief be denied.

The trial court's findings did not fully address all fact issues necessary to the resolution of the claims that Applicant raised and that we remanded for resolution. Nonetheless, this Court has undertaken an independent review of all the evidence in the record. Therefore, based on the trial court's findings of fact and conclusions of law as well as this Court's independent review of the entire record, we deny relief.

Filed:      January 9, 2019
Do not publish